UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cr-20573-HUCK/BECERRA

**UNITED STATES OF AMERICA**,

v.

**RAYMOND ESPARZA,**

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 24], which was entered on May 17, 2022. In the R&R, Judge Becerra found that the Defendant Raymond Esparza, freely and voluntarily entered a plea of guilty as to Count 2 of the Indictment, which charges Defendant with possession with intent to distribute a controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count 2, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count 2 of the Indictment; and (3) a

sentencing hearing before the Honorable Paul C. Huck is set for **Tuesday, July 26, 2022 at 11:00 AM**.

**DONE AND ORDERED** in Miami, Florida on May 24, 2022.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record